UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SOUTH SIDE QUARRY, LLC and JASON
LEE STANFORD,                                                                              Plaintiffs,

v.                                                                   Civil Action No. 3:18-cv-706-DJH-RSE

METROPOLITAN SEWER DISTRICT and
ANDY BESHEAR,                                                                             Defendants.

\* \* \* \* \*

### ORDER

In accordance with the Sixth Circuit's decision of March 11, 2022 (Docket No. 45), and the Mandate issued April 4, 2022 (D.N. 46), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

April 6, 2022

David J. Hale, Judge
United States District Court

1